

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00005-CR

| | | |
|---|---|---|
| TIMOTHY LYN JARRARD, Appellant | § | On Appeal from the 396th District Court |
| | § | of Tarrant County (1482908D) |
| V. | § | August 28, 2019 |
| | § | Justice Lee Ann Dauphinot |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment on count two. The judgment on count two is modified to require lifetime sex-offender registration. It is ordered that the judgment of the trial court on count two is affirmed as modified. It is ordered that the judgments of the trial court on counts one, three, and five are affirmed.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Lee Ann Dauphinot_____
Justice Lee Ann Dauphinot